UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LOUIS ROBENSON,

    Plaintiff,

v.        Case No. 3:14cv492/MCR/EMT

R. COMERFORD, Warden, and
MICHAEL D. CREWS, Secretary

    Defendants.
    _____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 14, 2015. (Doc. 14). The Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

    3.    The clerk is directed to close the file.

    **DONE and ORDERED** this 4th day of May, 2015.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS**
    **CHIEF UNITED STATES DISTRICT JUDGE**